## WALKER BROTHERS BANKERS *v.* JANNEY

No. 2882 (See 52 Nev. 440)

### ON PETITION FOR REHEARING

October 28, 1930.

*Per Curiam:*

Rehearing denied.

## BAILEY ET AL. *v.* GATES

No. 2869 (See 52 Nev. 432)

### ON PETITION FOR REHEARING

January 5, 1931.

*Per Curiam:*

Rehearing denied.